UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Luis MORENO–GALLEGOS, also
known as Gerardo Gutierrez–Busta-
mante, Defendant–Appellant.

No. 06–51245
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 6, 2007.

Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office Western
District of Texas, San Antonio, TX, for
Plaintiff–Appellee.

Federal Public Defender's Office West-
ern District of Texas, San Antonio, TX, for
Defendant–Appellant.

Before SMITH, BENAVIDES, and
DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Jose Luis Moreno–Gallegos raises
arguments that are foreclosed by *Almen-
darez–Torres v. United States,* 523 U.S.
224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350
(1998), which held that 8 U.S.C.
§ 1326(b)(2) is a penalty provision and not
a separate criminal offense. The Govern-
ment's motion for summary affirmance is

---

* Pursuant to 5TH CIR. R. 47.5, the court has
  determined that this opinion should not be
  published and is not precedent except under

GRANTED, and the judgment of the dis-
trict court is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.